F. CLAYTON STEVENS, Respondent, *v.* THE METROPOLITAN LIFE INSURANCE COMPANY of New York, Appellant.

(Argued March 9, 1894; decided April 10, 1894.)

APPEAL from judgment of the General Term of the Court of Common Pleas for the city and county of New York, entered upon an order made February 6, 1893, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*William H. Arnoux* for appellant.

*Edward F. O'Dwyer* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.